UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cv-00002-FDW-DSC

| | |
|---|---|
| G3 SERVICES, INC., **Plaintiff,** v. CAUGHT IN THE WEB, INC., et al., **Defendants.** | ORDER |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them by letter dated September 17, 2010. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by October 27, 2010. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before October 27, 2010.

IT IS SO ORDERED.

Signed: September 27, 2010

Frank D. Whitney
United States District Judge